PROSKAUER ROSE LLP
Bettina B. Plevan (BP-7460)
Brian J. Gershengorn (BG-7544)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JON ADAMS,

              Plaintiff,

   against

LABATON, SUCHAROW & RUDOFF LLP,

             Defendant.
----------------------------------------x

Case No.: 07-CV-7017 (DAB)

**DECLARATION OF**
**BETTINA B. PLEVAN, ESQ.**

ECF Case

BETTINA B. PLEVAN, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of Proskauer Rose LLP, attorneys for Defendant Labaton, Sucharow & Rudoff LLP ("Labaton"). I submit this declaration in support of Labaton's Motion to Dismiss the Complaint.

2. Annexed hereto as Exhibit A is a true and correct copy of the Complaint, filed on or about August 6, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       October 8, 2007

                                                       _/s/ Bettina B. Plevan_
                                                       Bettina B. Plevan